1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  CARLOS ORTIZ,                                    )
                                                     )
11                    Petitioner,                    )          3:10-cv-00660-HDM-RAM
                                                     )
12  vs.                                              )          **ORDER**
                                                     )
13  HOWARD SKOLNIK, *et al.*,                        )
                                                     )
14                    Respondents.                   )
    _____/

15

16              This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C.

17  § 2254, by a Nevada state prisoner.  Petitioner has paid the filing fee for this action.  (Docket #2).

18              The Court has reviewed the petition.  The petition shall now be served on

19  respondents.  A petition for federal habeas corpus should include all claims for relief of which

20  petitioner is aware.  If petitioner fails to include such a claim in his petition, he may be forever

21  barred from seeking federal habeas relief upon that claim.  *See* 28 U.S.C. §2254(b) (successive

22  petitions).

23              In addition, the Court has reviewed petitioner's application to proceed *in forma*

24  *pauperis.*  (Docket #4).  Petitioner has paid the filing fee for this action (Docket #2), making the

25  application to proceed *in forma pauperis* unnecessary in this case.  Petitioner's application to

26  proceed *in forma pauperis* is denied.

1          Petitioner has also filed a motion for the appointment of counsel.  (Docket #5).  There

2   is no constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania*

3   *v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The

4   decision to appoint counsel is generally discretionary.  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

5   Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

6   *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

7   case are such that denial of counsel would amount to a denial of due process, and where the

8   petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  *See*

9   *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  The petition

10  on file in this action is well-written and sufficiently clear in presenting the issues that petitioner

11  wishes to bring.  The issues in this case are not complex.  It does not appear that counsel is justified

12  in this instance.  The motion shall be denied.

13          **IT IS THEREFORE ORDERED** that the Clerk shall **ELECTRONICALLY**

14  **SERVE** the petition (Docket #2) upon the respondents.

15          **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from

16  entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or

17  other response, respondents shall address any claims presented by petitioner in his petition.

18  Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including

19  lack of exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.

20  If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules

21  Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is

22  filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

23          **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the

24  Attorney General of the State of Nevada a copy of every pleading, motion, or other document he

25  submits for consideration by the Court.  Petitioner shall include with the original paper submitted for

26

filing a certificate stating the date that a true and correct copy of the document was mailed to the Attorney General.  The Court may disregard any paper that does not include a certificate of service. After respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

          **IT IS FURTHER ORDERED** that petitioner's application to proceed *in forma pauperis* (Docket #4) is **DENIED.**

          **IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (Docket #5) is **DENIED.**

          Dated this 16th day of December, 2010.

          *Howard D McKibben*

          _____
          UNITED STATES DISTRICT JUDGE

3